IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TINA DEANNA LOUISE SHELTON,

     Appellant,

v.
                                       Case No.  5D22-2959
                                       LT Case No. 2020-CF-000523-A

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed May 9, 2023

Appeal from the Circuit Court
for Citrus County,
Joel D. Fritton, Judge.

Matthew J. Metz, Public Defender,
and Robert J. Pearce, III, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, JAY and SOUD, JJ., concur.